IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:25-CR-265-P |
| DANIEL ROLANDO SANCHEZ ESTRADA (01) | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The government respectfully asks the Court to dismiss in the indictment in the above-numbered case without prejudice. A superseding indictment has been returned in cause no. 4:25-CR-259-P, which has added the above-named defendant and the same charges to that cause.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5213
Facsimile: 817.252.5514
E-mail: Frank.Gatto@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on November 20, 2025, I conferred with opposing counsel via email and opposing counsel is opposed to the relief sought in this motion.

*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2025, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

                                                *s/ Frank L. Gatto*
                                                FRANK L. GATTO
                                                Assistant United States Attorney