IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:25-CR-265-P |
| DANIEL ROLANDO SANCHEZ (01) ESTRADA | |

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

After review of the government's motion to dismiss in the indictment in the above-numbered cause without prejudice, the Court GRANTS it. The indictment against the above-named defendant in the above-numbered cause is dismissed without prejudice.

SO ORDERED this 24th day of November 2025.

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE